**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

AUDIO POD IP, LLC,

        Plaintiff,

        v.

AMAZON.COM, INC., AMAZON.COM
LLC, AUDIBLE, INC., AND AMAZON
WEB SERVICES, INC.

        Defendants.

Case No. 3:24-cv-00406-RCY

**JURY TRIAL DEMANDED**

**MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT**

Defendants Amazon.com, Inc., Amazon.com LLC, Audible, Inc., and Amazon Web Services, Inc. (collectively "Defendants") pursuant to Local Rule 7, hereby move the Court for a sixty-day extension of time for Defendants to respond to the Complaint filed by Plaintiff Audio Pod IP, LLC ("Plaintiff") in this lawsuit. Plaintiff does not oppose this Motion. Defendants provide as follows:

1. Plaintiff filed the Complaint on May 30, 2024.

2. Defendants' response to the Complaint is currently due on June 26, 2024. Thus, the time for responding to the Complaint has not yet passed.

3. This is a complex lawsuit for patent infringement involving a patent relating to synchronizing digital media streams.

4. Good cause supports this extension to allow Defendants to evaluate the asserted patent, investigate the allegations of infringement made in the Complaint, and prepare a meaningful response to the Complaint.

-1-

5.    The requested extension of Defendants' time to respond to the Complaint would make Defendants' response due on August 26, 2024.

6.    No extension of time has previously been sought in this case. This request for an extension of time is not made for the purpose of delay.  The requested extension will not materially change any other pretrial deadline and will not affect the Court's administration of this matter.

Accordingly, Defendants respectfully request that the Court grant this Motion and enter the proposed Order filed herewith extending the time in which Defendants shall respond to the Complaint to August 26, 2024.

Respectfully submitted,


Dated: June 24, 2024                    By:/s/ *Andrea L. Cheek*

Andrea L. Cheek
Virginia State Bar No. 80331
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
andrea.cheek@knobbe.com
Tel: (202) 640-6400
Fax: (202) 640-6401

*Counsel for Defendants*
*Amazon.com, Inc.; Amazon.com LLC; Audible, Inc.;*
*and Amazon Web Services, Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By:/s/ *Andrea L. Cheek*