IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AUDIO POD IP, LLC,                          )
    Plaintiff,                              )
                                            )
        v.                              )        Civil Action No.  3:24cv406 (RCY)
                                            )
AMAZON.COM, INC., *et al.*,                  )
    Defendants.                             )
                                            )

**ORDER**

This matter is before the Court on the Motion to Extend Time to Respond to Complaint ("Motion for Extension," ECF No. 14) filed by Defendants Amazon.com, Inc., Amazon.com LLC, Audible, Inc., and Amazon Web Services, Inc. (collectively, "Defendants"). Defendants seek an extension of time up to and including August 26, 2024, to respond to Plaintiff's Complaint. Defendants aver that such an extension is necessary to adequately investigate and respond to the allegations in the Complaint, particularly given the complex nature of this lawsuit. Plaintiff does not oppose the requested extension.

Having considered Defendants' Motion for Extension, for good cause shown, and finding it appropriate to do so, the Motion for Extension (ECF No. 14) is hereby GRANTED. Defendants shall file their responsive pleading[1] pursuant to Rule 12 on or before August 26, 2024.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                       /s/
                                  Roderick C. Young
                                  United States District Judge

Richmond, Virginia
Date: <u>June 25, 2024</u>

---

[1] Because Defendants are jointly represented, they are directed to file collective pleadings unless good cause exists to file separately.