IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| AUDIOPOD IP, LLC, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       v. | ) | Lead Civil Action No. 3:24CV406 (RCY) |
| | ) | |
| AMAZON.COM, INC., *et al.*, | ) | |
|       Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on its own initiative. The Court hereby DIRECTS the parties to <u>jointly file</u> a proposed Scheduling Order in this matter **on or before January 28, 2025**.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                       /s/

Roderick C. Young
United States District Judge

Date: <u>January 15, 2025</u>
Richmond, Virginia