**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| AUDIO POD IP, LLC,<br><br>               Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM LLC;<br>AMAZON WEB SERVICES, INC.,<br>and AUDIBLE, INC.<br>              Defendants. | Lead Civil Action No. 3:24cv00406 (RCY)<br><br>**JURY TRIAL DEMANDED** |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's order (Dkt. 52), the parties jointly propose the following agreed upon schedule. All dates marked with an asterisk (*) are to occur on the first Wednesday coinciding with or following the indicated date.

| Event | Proposed Date |
|---|---|
| File Answer | If necessary, after decisions on motions to dismiss. |
| Exchange Claim Terms for Construction | April 9, 2025 |
| Exchange Constructions and Support | April 16, 2025 |
| Meet and Confer regarding Constructions | April 23, 2025 |
| File Joint Claim Construction Chart | April 30, 2025 |
| Serve Opening Expert Claim Construction Declaration (for Party Proposing Construction Other than Plain and Ordinary Meaning) | April 30, 2025 |

| Event | Proposed Date |
|---|---|
| Serve Rebuttal Expert Claim Construction Declaration | May 21, 2025 |
| Serve Reply Expert Claim Construction Declaration | May 28, 2025 |
| Serve Sur-Reply Expert Claim Construction Declaration | June 4, 2025 |
| Conclude Expert Claim Construction Depositions (one deposition per expert) | June 13, 2025 |
| File Opening Claim Construction Briefs (Simultaneous) | June 25, 2025 |
| File Responsive Claim Construction Briefs (Simultaneous) | July 23, 2025 |
| *Markman* Hearing (estimated) | Mid-August |
| *Markman* Order | X |
| Deadline to Amend Pleadings | X+4 weeks* |
| Exchange Privilege Logs | X+4 weeks* |
| Close of Fact Discovery | X+6 weeks* |
| Serve Opening Expert Disclosures | X+10 weeks* |
| Serve Rebuttal Expert Disclosures | X+16 weeks* |
| Conclude Expert Depositions | X+18 weeks* |
| File Dispositive Motions & *Daubert* Motions | X+22 weeks* |
| File Rule 26(a)(3) Disclosures & Motions in Limine | X+24 weeks* |
| File Objections to Rule 26(a)(3) Disclosures & Oppositions to Motions in Limine | X+27 weeks* |
| File Oppositions to Dispositive Motions & *Daubert* Motions | X+26 weeks* |

| Event | Proposed Date |
|---|---|
| File Replies In Support of Dispositive Motions & *Daubert* Motions | X+28 weeks* |

Dated: January 28, 2025

Respectfully submitted,

/s/ Chandran B. Iyer
Ronald M. Daignault (*pro hac vice*)*
Chandran B. Iyer (VA Bar No. 94100)
Steven J. Reynolds (*pro hac vice*)*
Hoda Rifai-Bashjawish (*pro hac vice*)*
Kevin H. Sprenger (VA Bar No. 98588)
Matthew Harkins (*pro hac vice*)*
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
sreynolds@daignaultiyer.com
hrifai-bashjawish@daignaultiyer.com
ksprenger@daignaultiyer.com
mharkins@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Boulevard – Suite 450
Vienna, VA 22182
Tel.: (202) 330-1666

*Attorneys for Plaintiff Audio Pod IP, LLC*

**Not admitted to practice in Virginia*

/s/ William R. Poynter
William R. Poynter (VA Bar No. 48672)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach VA 23462
wpoynter@kaleolegal.com
Tel: (757) 238-6383
Fax : (757) 304-6175

Andrea L. Cheek (VA Bar No. 80331)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
andrea.cheek@knobbe.com

Joseph R. Re (*pro hac vice*)
Jeremy A. Anapol (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
joe.re@knobbe.com
jeremy.anapol@knobbe.com

Colin B. Heidman (*pro hac vice*)
Christie R.W. Matthaei (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 4th Ave, Ste 2500
Seattle, WA 98104
colin.heideman@knobbe.com
christie.matthaei@knobbe.com

*Counsel for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., and Audible, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By:    */s/ Chandran B. Iyer*
              Chandran B. Iyer (VA Bar No. 94100)
              cbiyer@daignaultiyer.com
              DAIGNAULT IYER LLP
              8229 Boone Boulevard – Suite 450
              Vienna, VA 22182
              Tel.: (202) 330-1666

              *Attorney for Plaintiff Audio Pod IP, LLC*