IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AUDIOPOD IP, LLC,     )
    Plaintiff,     )
           )
    v.       )   Lead Civil Action No. 3:24CV406 (RCY)
           )
AMAZON.COM, INC., *et al.*,   )
    Defendants.   )
           )

## ORDER

This matter is before the Court following the filing of the parties' Joint Proposed Scheduling Order (ECF No. 54). Finding it proper to do so, the Court hereby ADOPTS the schedule outlined below. The following shall govern the progress of this action in addition to the provisions of the Federal Rules of Civil Procedure as modified and/or enlarged upon by the Local Rules for this Court. This Order shall control if any conflict is perceived between it and either the Federal or Local Rules. Only the Court, by order, may approve extensions of time. Accordingly, the Court ORDERS as follows:

### Answer

1.  Defendants shall file their Answer(s) on or before **March 7, 2024.**

### Settlement Conference

2.  The parties are required to schedule a settlement conference before the U.S. Magistrate Judge assigned to this case. Trial counsel shall appear at any settlement conference with the party or parties whom they represent and, consistent with the procedures prescribed by the Magistrate Judge, the party representative in attendance must have full settlement authority to resolve the case.

**<u>Claim Construction</u>**

3.      The parties shall exchange claim terms for construction on or before **<u>April 9, 2025.</u>**

4.      The parties shall exchange constructions and support on or before **<u>April 16, 2025.</u>**

5.      The parties shall schedule a meet and confer regarding constructions, to take place on or before **<u>April 23, 2025.</u>**

6.      The parties shall file a joint claim construction chart on or before **<u>April 30, 2025.</u>**

7.      The parties shall serve opening expert claim construction declarations on or before **<u>April 30, 2025.</u>**

8.      The parties shall serve rebuttal expert claim construction declarations on or before **<u>May 21, 2025.</u>**

9.      The parties shall serve reply expert claim construction declarations on or before **<u>May 28, 2025.</u>**

10.     To the extent necessary, the parties shall serve sur-reply expert claim construction declarations on or before **<u>June 4, 2025.</u>**

11.     The parties shall conclude any expert claim construction depositions on or before **<u>June 13, 2025.</u>**

12.     The parties shall file opening claim construction briefs on or before **<u>June 25, 2025.</u>**

13.     The parties shall file response claim construction briefs on or before **<u>July 23, 2025.</u>**

**<u>*Markman* Hearing</u>**

14.     The parties shall appear for a *Markman* hearing before the undersigned on **<u>October 8, 2025, at 10:00 a.m.</u>**  If necessary, any *Markman* Tutorials shall be given to the Court at the beginning of the *Markman* hearing.

**Remaining Deadlines**

15. All remaining deadlines shall be set following issuance of the Court's *Markman* order.

**Use of Artificial Intelligence**

16. Should any party utilize artificial intelligence for the preparation of any filing, they must identify the use of the artificial intelligence in the filing and provide a certification that they have reviewed all citations for accuracy.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/ _____
Roderick C. Young
United States District Judge

Date:  January 30, 2025
Richmond, Virginia