**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| AUDIO POD IP, LLC, | |
|        Plaintiff, | |
|      v. | Lead Case No. 3:24-cv-00406-RCY |
| AMAZON.COM, INC., AMAZON.COM LLC, AMAZON WEB SERVICES, INC., AND AUDIBLE, INC. | JURY TRIAL DEMANDED |
|        Defendants. | |

**JOINT MOTION AND MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Counsel for Plaintiff Audio Pod IP, LLC and for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., and Audible, Inc. jointly move for entry of the attached proposed Protective Order pursuant to Federal Rule of Civil Procedure 26(c), and in support thereof state as follows:

1. The parties have met and conferred on issues relating to certain information that is or will be encompassed by discovery demands by the parties involving the production or disclosure of trade secrets, confidential business information, or other proprietary information.

2. The parties attach as Exhibit A an endorsed copy of their proposed Stipulated Protective Order and request that this Court enter the proposed Stipulated Protective Order in this matter.

1

3. Because the parties are jointly moving for entry of the attached Order, no hearing will be scheduled. Should the Court desire the parties to schedule a hearing, however, the parties will promptly schedule one in accordance with the Court's request.

Dated: February 5, 2025

*/s/ Chandran B. Iyer*
Ronald M Daignault (pro hac vice)*
Chandran B. Iyer (VA Bar No. 94100)
Steven J. Reynolds (pro hac vice)*
Shailendra Maheshwari (pro hac vice)*
Hoda Rifai-Bashjawish (pro hac vice)*
Kevin H. Sprenger (VA Bar No. 98588)
Matthew Harkins (pro hac vice)*
James J. Hatton (pro hac vice)*
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
sreynolds@diagnaultiyer.com
smaheshwari@daignaultiyer.com
hrifai-bashjawish@daignaultiyer.com
ksprenger@daignaultiyer.com
mharkins@daignaultiyer.com
jhatton@daignaultiyer.com
Daignault Iyer LLP
8229 Boone Boulevard – Suite 450
Vienna, VA 22182
Tel.: (202) 330-1666

Benoit Quarmby (pro hac vice)*
bquarmby@mololamken.com
MoloLamken LLP
430 Park Avenue, 6th Floor
New York, NY 10022
Tel. (212) 607-8157

*Attorneys for Plaintiff Audio Pod IP LLC*

*Not admitted to practice in Virginia*

Respectfully submitted,

*/s/ William R. Poynter*
William R. Poynter
wpoynter@kaleolegal.com
Virginia State Bar No. 48672
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach VA 23462
Tel: (757) 238-6383
Fax : (757) 304-6175

*Of Counsel:*

Andrea L. Cheek
andrea.cheek@knobbe.com
KNOBBE, MARTENS, OLSON
& BEAR, LLP
1717 Pennsylvania Ave, NW, Ste 900
Washington, D.C. 20006
Tel: (202) 640-6400
Fax: (202) 640-6401

Colin B. Heidman (Pro Hac Vice)
colin.heideman@knobbe.com
Christie Matthaei (Pro Hac Vice)
christie.matthaei@knobbe.com
KNOBBE, MARTENS, OLSON
& BEAR, LLP
925 4th Ave, Ste 2500
Seattle, WA 98104
Tel: (206) 405-2000
Fax: (206) 405-2001

Jeremy A. Anapol (Pro Hac Vice)
jeremy.anapol@knobbe.com
KNOBBE, MARTENS, OLSON
& BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

Tel: (949) 760-0404
Fax: (949) 760-9502

*Attorneys for Defendants Amazon.com, Inc.,*
*Amazon.com LLC, Amazon Web Services, Inc.,*
*and Audible, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 5, 2025, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all

counsel of record.

By: */s/ Chandran B. Iyer*
Chandran B. Iyer (VA Bar No. 94100)
cbiyer@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Boulevard – Suite 450
Vienna, VA 22182
Tel.: (202) 330-1666

*Attorney for Plaintiff Audio Pod IP LLC*