IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| AUDIO POD IP, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Lead Case No. 3:24CV406 (RCY) |
| | ) | |
| AMAZON.COM, INC., *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Entry of Stipulated Order Regarding Electronically Stored Information (ECF No. 59). In the instant Motion, the parties represent that they have agreed on a number of issues relating to the production of electronic information and jointly ask the Court to enter a proposed order outlining their agreement.

Because the parties agree and otherwise for good cause shown, the Motion (ECF No. 59) is GRANTED. Subject to some superficial edits,[1] apparent on the attached, the parties' stipulated order is hereby ENTERED as Attachment A to this Order.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ *RCY*
_____
Roderick C. Young
United States District Judge

Date: February 10, 2025
Richmond, Virginia

---

[1] Primarily, formatting changes.